■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIE WHITE, Appellant. [746 NYS2d 597]

The court's *Sandoval* ruling balanced the appropriate factors and was a proper exercise of discretion. In this case involving a confidence game that became a robbery, the court properly permitted elicitation, inter alia, of the underlying facts of defendant's prior conviction involving a similar confidence game, since that conviction had a very high degree of probative value concerning defendant's credibility, and this probative value outweighed its prejudicial effect (*see, People v Hayes*, 97 NY2d 203; *People v Mattiace*, 77 NY2d 269, 275-276; *People v Pavao*, 59 NY2d 282, 292).

We find the sentences excessive to the extent indicated. Concur—Andrias, J.P., Rosenberger, Lerner, Friedman and Marlow, JJ.